

## NUMBER 13-07-00731-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**SERGIO GARCIA GONZALEZ,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Sergio Garcia Gonzalez, attempted to appeal the denial of a pretrial application for a writ of habeas corpus. According to the district clerk's office, the trial court did not sign an order denying this application. Accordingly, on December 17, 2007, the Clerk of this Court notified appellant that it appeared that there was no final, appealable

order at issue in this cause, and requested correction of this defect within ten days or the appeal would be dismissed.  Appellant has failed to respond to the Court's directive.

Accordingly, the appeal is DISMISSED for want of jurisdiction.


PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this the 10th day of April, 2008.